(110 So. 729)

No. 28144.

STATE of Louisiana v. Paul COLLINS.

In re Paul COLLINS, Applying for Certiorari, Mandamus, and Prohibition.

(Nov. 2, 1926. Rehearing Denied Nov. 29, 1926.)

George W. Smith, of Rayville, and Thomas C. Newton, of Monroe, for relator.
Percy Saint, Atty. Gen., and David I. Garrett, Dist. Atty., of Monroe, for the State.

BRUNOT, J. All of the issues presented in this case are disposed of in the opinion and decree handed down this day in No. 28142, State v. W. P. McCall, ante, p. 471, 110 So. 723.

It is therefore decreed that the sentence imposed herein be avoided, that the case be remanded to the lower court for sentence according to.law, and that the writs of mandamus and prohibition applied for be denied.

O'NIELL, C. J., and ST. PAUL, J., concur in the decree.